IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SANTOS SANTIAGO JIMENEZ,           )<br>                                                              )<br>         Petitioner,                              )<br>                                                              )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>JEFFREY CRAWFORD, *in his official*  )<br>*capacity as Detention Director of*        )<br>*Farmville Detention Center, et al.*,       )<br>                                                              )<br>         Defendants.                           )<br>_____) | Civil Action No. 1:25-cv-1199-AJT-LRV |

## ORDER

For the reasons stated from the bench at the August 20, 2025 hearing on Petitioner Santos Santiago Jimenez's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), it is hereby

**ORDERED** that the Petition be, and the same hereby is, **GRANTED**, on the grounds that Petitioner's removal from the United States is not reasonably foreseeable and that his continued detention is in violation 8 U.S.C. § 1231(a)(6), as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001), and Petitioner is hereby ordered released from custody immediately, subject to the previously imposed conditions of Petitioner's July 14, 2021 Order of Supervision.

The Clerk is directed to send a copy of this Order to all counsel of record.

August 20, 2025
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge

1